**Opinion issued May 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00253-CV

————————————

**RAFAEL PEREZ AND PATTY PEREZ, Appellants**

**V.**

**MARICHU P. PASAGUI, Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-16452**

---

## MEMORANDUM OPINION

This case was stayed for bankruptcy on April 25, 2014. *See* TEX. R. APP. P. 8.2. On March 5, 2024, the Court issued a letter to the parties advising that, according to records available online, the bankruptcy court had signed an order

closing the bankruptcy case. Accordingly, the Court stated that, unless the parties filed a request to reinstate the case, the appeal might be dismissed.

On April 30, 2024, counsel for appellants filed a response asserting that the underlying debt which was the subject of the case was discharged in bankruptcy and thus, there was no need to reinstate the appeal. Appellee did not file a response. We construe appellant's letter to state that the appeal is now moot.

"Appellate courts are prohibited from deciding moot controversies." *Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999). A case becomes moot when there "ceases to be an actual controversy." *Id.* Because the debt, which was the source of the controversy in this case, has been discharged in bankruptcy, there is no longer an actual controversy and the appeal is moot.

The stay of the appeal is lifted, the appeal is reinstated on the active docket, and the appeal is dismissed as moot. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.